Todd M. Friedman (SBN 216752)
Adrian R. Bacon (SBN 280332)
**LAW OFFICES OF TODD M. FRIEDMAN, P.C.**
21031 Ventura Blvd Suite 340
Woodland Hills, CA 91364
Phone: 323-306-4234
Fax: 866-633-0228
tfriedman@toddflaw.com
abacon@toddflaw.com
*Attorneys for Plaintiff, and all others similarly situated*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ANGELA MADATOVIAN** individually and on behalf of all others similarly situated,<br><br>                  Plaintiff,<br>v.<br><br>**BAYER HEALTHCARE LLC,**<br><br>                  Defendant. | Case No. 2:24-CV-10232-FLA-MAA<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE OF INDIVIDUAL CLAIMS AND WITHOUT PREJUDICE OF PUTATIVE CLASS CLAIMS**<br><br>**[Pursuant to Fed. R. Civ. P. 41(a)(1)]** |

   **NOTICE IS HEREBY GIVEN** that Plaintiff Angela Madatovian, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, hereby voluntarily dismisses her individual claims with prejudice, and voluntarily dismisses claims she has asserted on behalf of a putative class without prejudice. Defendant Bayer HealthCare LLC has not served either an answer or a motion for summary judgment in this lawsuit. Although this case was filed as a putative class action, no class has been certified, and Court approval of this voluntary dismissal is therefore

not required under Rule 23(a) of the Federal Rules of Civil Procedure. All parties agree to bear their own costs and legal fees in connection with this lawsuit.

    RESPECTFULLY SUBMITTED this 15th day of April, 2025.

By: /s/ Todd M. Friedman
Todd M. Friedman, Esq.
Law Offices of Todd M. Friedman, P.C.
Attorney for Plaintiff

## PROOF OF SERVICE

Filed electronically on April 17, 2025, with:

United States District Court CM/ECF system

Notification sent electronically via the Court's ECF system to all parties indicated on the Court's filing receipt.

United States District Court
Central District of California

/s/Todd M. Friedman
Todd M. Friedman (216752)
Attorney for Plaintiff
